# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

| | |
|---|---|
| **Tuesday, October 7, 2025** | **Hearing Room 302** |

**1:30 PM**
**6:25-12379    Austin Campbell Walker**    **Chapter 13**

Telephonic Hearing

#72.00    Trustee's Motion to Dismiss Case
(Delinquency)

Susan Luong to appear by telephone (626)616-5008 ✓
Christopher Hewitt to appear by telephone (415)265-2917  *Leleton*

Docket    35

**Matter Notes:**

GRANTED: _____    DENIED: _____

CONT'D. TO: _12-9-25 @ 1:30pm_

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

WITHDRAWN: _____

Order Lodged by: _____

**Tentative Ruling:**
- NONE LISTED -

### Party Information

**Debtor(s):**

Austin Campbell Walker    Represented By
    Christopher Hewitt

**Trustee(s):**

Rod Danielson (TR)    Pro Se